IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID TOM, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> DELANCEY STREET GROUP LLC d/b/a MCA JUSTIC <br><br> Defendant. | Case No. 1:25-cv-566 |

**NOTICE OF APPEARANCE**

    Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: May 7, 2025

PLAINTIFF, on behalf of himself
and others similarly situated,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100