IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID TOM, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>DELANCEY STREET GROUP LLC d/b/a MCA JUSTICE,<br><br>*Defendant.* | 1:25-cv-566 (GTS/DJS)<br><br>**STIPULATION & ORDER TO EXTEND TIME TO ANSWER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant Delancey Street Group LLC improperly pled as Delancy Street Group LLC d/b/a MCA Justice's time to respond to Plaintiff's Class Action Complaint in the above-captioned action is hereby extended from June 2, 2025 to June 23, 2025.

IT IS FURTHER STIPULATED AND AGREED that PDF signatures to this stipulation will be deemed to be originals for all purposes.

Dated: New York, New York
       May 27, 2025

**PERRONG LAW LLC**

By: */s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
*Attorney for Plaintiff*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
a@perronglaw.com

**LONDON FISCHER LLP**

By: */s/ Thomas A. Leghorn*
Thomas A. Leghorn, Esq.
*Attorneys for Defendant*
59 Maiden Lane
New York, NY 10038
Phone: (212) 972-1000
tleghorn@londonfischer.com

**SO ORDERED:**

_____
**U.S.D.J.**

4922-2631-0215, v. 1