## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID TOM, on behalf of himself and others similarly situated, | 1:25-cv-566 (GTS/DJS) |
| *Plaintiff*, | |
| DELANCEY STREET GROUP LLC d/b/a MCA JUSTICE, | NOTICE OF APPEARANCE |
| *Defendant.* | |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters his appearance as counsel in this action for Defendant, Delancey Street Group LLC improperly pled as Delancey Street Group LLC d/b/a MCA Justice.

Dated: New York, New York
May 30, 2025

                                                  **LONDON FISCHER LLP**

                                      By: */s/ Thomas A. Leghorn*
                                              Thomas A. Leghorn, Esq.
                                              *Attorneys for Defendant*
                                              59 Maiden Lane
                                              New York, NY 10038
                                              Phone:  (212) 972-1000
                                              tleghorn@londonfischer.com