## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID TOM, on behalf of himself and others similarly situated,<br><br>*Plaintiff*,<br><br>DELANCEY STREET GROUP LLC d/b/a MCA JUSTICE,<br><br>*Defendant*. | Case No. 1:25-cv-566 (GTS/DJS)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the pleadings annexed thereto and the accompanying attorney affidavit and memorandum of law, Defendant DELANCEY STREET GROUP LLC (IMPROPERLY PLED AS DELANCEY STREET GROUP LLC d/b/a MCA JUSTICE), will move this court on a date to set by the Court or as soon thereafter as counsel can be heard, before the U.S. District Judge Glenn T. Suddaby, USDJ, at the James T. Foley U.S. Courthouse 445 Broadway Room 509 Albany, New York 12207-2936, for an Order (1) dismissing Plaintiff's Complaint in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) with prejudice, and (2) such other and further relief as this Court deems just and proper.

Dated:   New York, New York
         June 23, 2025

                                               Respectfully submitted,
                                               LONDON FISCHER LLP

By:   */s/ Thomas Leghorn*
        Thomas A. Leghorn, Esq. (TL6244)
        *Attorneys for Defendant DELANCEY STREET GROUP LLC (IMPROPERLY PLED AS DELANCEY STREET GROUP LLP D/B/A MCA JUSTICE)*
        59 Maiden Lane
        New York, New York 10038
        (212) 972-1000
        TLeghorn@londonfischer.com

1

TO:    Andrew Roman Perrong, Esq.
Perrong Law LLC
*Attorneys for Plaintiff*
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

Anthony Paronich, Esq.
Paronich Law, P.C.
*Attorneys for Plaintiff*
350 Lincoln St.
Suite 2400
Hingham, Massachusetts 02043
Phone: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

2