# Exhibit C



---------- Forwarded message ---------
From: **Jotform** <noreply@jotform.com>
Date: Tue, Mar 18, 2025 at 4:55 PM
Subject: Re: MJA Holdings Inc -
To: <max@delanceystreet.com>, <colton@delanceystreet.com>, <vinay@delanceystreet.com>, <danny@delanceystreet.com>, <info@delanceystreet.com>





| | |
|---|---|
| Position 2 | ███ |
| Position 3 | ███ |
| Tell us about the clients situation, or any further context you can provide | ███ |
| Email | info@mca-justice.com |

**Attachments:** Because the total size is more than **5MB** the uploads are not attached.

--

**Max Soni**

**Delancey Street**
**Phone:** 212-461-1779
**Email:** max@delanceystreet.com
**Website:** https://www.delanceystreet.com
**Address:** 104 W 40th St, New York, NY 10018

