# Exhibit D

**From:** john@mca-justice.com  
**To:** "David Tom"  
**Subject:** RE: MCA Justice  
**Date:** Monday, March 10, 2025 1:10:09 PM

The attorney works on all files throughout the US. He is the attorney who just won the case in NY for the subway choke defendant. Steven M. Raiser of Raiser & Keniff Law

**From:** David Tom <david.m.tom@gmail.com>
**Sent:** Monday, March 10, 2025 12:57 PM
**To:** john@mca-justice.com
**Subject:** Re: MCA Justice

Okay so help me figure this out - if Delancey street is in new york, and you're in new york - I'm in Florida, do you have an attorney that is working in NY or Florida to work on my situation?
On Mon, Mar 10, 2025 at 12:54 PM <john@mca-justice.com> wrote:

> We are a marketing arm for Delancey Street. Delancey Street is the actual Organization that will be handling the MCA Debt Restructure.
>
> **From:** David Tom <david.m.tom@gmail.com>
> **Sent:** Monday, March 10, 2025 12:36 PM
> **To:** john@mca-justice.com
> **Subject:** Re: MCA Justice
>
> I am very confused here. You say your company is MCA justice - there's no company that I found registered with that address.
>
> Then you say check the reviews at delancy street which is an entirely separate company doing a different business. How does this make sense?
> On Thu, Mar 6, 2025 at 1:33 PM <john@mca-justice.com> wrote:
>
>> That is our Attorney
>>
>> **From:** David Tom <david.m.tom@gmail.com>
>> **Sent:** Thursday, March 6, 2025 1:26 PM
>> **To:** john@mca-justice.com
>> **Subject:** Re: MCA Justice
>>
>> Question. Would an attorney be working on this?
>>
>> Why is delayency street website with your reviews?

On Thu, Mar 6, 2025 at 13:09 <john@mca-justice.com> wrote:

> Nice speaking with you earlier. As promised, here's a concise breakdown of our discussion, based on the figures you provided:
> We specialize in MCA reconciliations, pre-litigation settlements, and reorganizations through our "Attorney-Based Affordability Program." Upon engagement, you'll sign agreements with both our firm and our designated law firm, which will represent you directly with creditors.
>
> **Key Figures:**
> - **Current Balance (Creditors):**
> Riverside = $100,000
> Creditor 2 = $100,000
> - **Current Payment:** $8,000/week
> - **Proposed NEW Payment:** $4,000/week (~50% reduction)
>
> ==This would immediately free up $4,000/week, improving cash flow by ~$12,000 in the first month and $36,000 over three months.== Our approach consolidates payments without new borrowing, reduces weekly obligations, and lays the groundwork for negotiating principal reductions (15–20% initially, with up to 50% possible through secondary lump sum offers at a later time).
>
> **What We Do:**
> 1. Secure reduced, affordable payment terms in writing.
> 2. Mitigate collection tactics with attorney-led representation.
> 3. Prevent future advances from being taken.
> 4. Negotiate additional principal reductions as cash flow improves.
>
> ==To move forward, our team will need to review your application in order to make sure we can help:==
> 1. Please use this link to fill out our short application here -
> https://mcajustice.com/jg-pre-approval-app
>
> Feel free to review testimonials on www.delanceystreet.com. Our firm is co-owned by Steven M. Raiser of Raiser & Keniff Law, a legal analyst featured on CNN, FOX, and Court TV.
>
> Let me know if you have questions or need clarification—I'm here to help!
>
>
> **John Guzzetti**

*Customer Support at MCA Justice.*

**Phone** 516-395-9752
**Web** www.mcajustice.com
**Email** john@mca-justice.com
