# Exhibit E



---------- Forwarded message ---------
From: **David Tom** <david.m.tom@gmail.com>
Date: Tue, Mar 11, 2025 at 8:00 AM
Subject: Re: Questions for Delancey Street
To: Max Soni <max@delanceystreet.com>
Cc: <steven@raiserandkenniff.com>, <steven@delanceystreet.com>, <vinay@delanceystreet.com>, Colton Denton <colton@delanceystreet.com>, <lauren@delanceystreet.com>



I am familiar with attorneys using different names to cold call and text message and hiding

behind a front. See David Tom v Debt Freedom Attorneys and David Tom v MCA Debt Advisors - both filed in Brevard County court. These are similarly natured industries with the same pitch - broadly "we are an attorney based firm that helps business owners like you with debt relief".

I get calls on my copper wire home phone of 321-725-9212 pitching these services from a no name lead generator who then sells the information down to buyers such as your company. I get text messages on my cell phone of 321-917-0760 with the same

Please propose a resolution to my claims as soon as you can.

