# Exhibit F

| 1 | 52 | 988 | 97 | 56 | 11911 | TOM & COMPANY LLC | GOING QUIET.COM | 1101 W HIBISCUS BLVD #429A | MELBOURNE | FL | 32901 | 1101 W HIBISCUS BLVD #429A | MELBOURNE | FL | 32901 | 10:00 TPRE |