# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

IRVINE OFFICE
2505 MCCABE WAY, SUITE 100
IRVINE, CALIFORNIA 92614

(212) 972-1000
FACSIMILE: (212) 972-1030

www.LondonFischer.com

LOS ANGELES OFFICE
515 S. FLOWER STREET, SUITE 1000
LOS ANGELES, CALIFORNIA 90071

July 18, 2025

**Via ECF**
The Honorable Glenn T. Suddaby, U.S.D.J.
United States District Court
Northern District of New York
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, New York 12207

      Re:    *Tom v. Delancey Street Group LLC, et al.*
               Docket No.: 1:25-cv-00566-GTS-DJS
               Our File No.: 221.0567050

Dear Judge Suddaby:

      I am counsel to Defendant Delancey Street Group LLP ("DSG") in the above-captioned matter. I have reviewed the court's Text Order (ECF Doc No. 13) staying the July 21, 2025 deadline for a reply on DSG pending motion to dismiss (ECF Doc No. 8).

      Pursuant to the Court's directive, please accept this letter advising the Court that DSG's Motion to Dismiss remains pending in its entirety, following Plaintiff's filing of an Amended Complaint. DSG respectfully requests the ability to supplement the Motion to address newly asserted facts and claims, and respectfully requests that the Court set deadlines for additional briefing, as well as any opposition that Plaintiff may file, and for DSG to file a reply brief.

      Thank you for the Court's consideration and courtesy with regard to this matter.

                                                  Respectfully submitted,

                                                   **LONDON FISCHER LLP**

                                                   */s/ Thomas Leghorn*
                                                   Thomas A. Leghorn

4938-1100-0406, v. 1