IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
DAVID TOM, on behalf of himself and others
similarly situated,                                                    Case No.: 1:25-cv-00566-GTS-DJS

                    Plaintiff,

      -against-                                                     NOTICE OF APPEARANCE

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

                  Defendants.
---------------------------------------------------------X

      PLEASE TAKE NOTICE THAT the undersigned hereby enters his appearance in this action as counsel of record for defendant MJA Holdings, Inc.

Dated: August 14, 2025
       New York, New York

                             MERLE, BROWN & NAKAMURA, P.C.

             By: _____
                             Stephen Nakamura
                             *Attorneys for defendant, MJA Holdings, Inc.*
                             18 E. 41st Street, Suite 1906
                             New York, NY 10017
                             Tel. 212-471-2990, Ext. 105
                             Email: s.nakamura@mbnpc.com