# Merle, Brown & Nakamura, P.C.

### Attorneys at Law

18 East 41st Street, Suite 1906
New York, New York 10017

PIERRE F.V. MERLE +
GEORGE R. BROWN V
STEPHEN H. NAKAMURA
SCOTT K. MCCLAIN ^

Telephone: (212) 471-2990
Telefax: (212) 471-2997

THEODORE P. NIKOLIS
OF COUNSEL

+ Retired
^ Also admitted in New Jersey and Pennsylvania

**VIA ECF**

August 14, 2025

Hon. Glenn T. Suddaby, U.S.D.J.
Hon. Daniel J. Stewart, U.S.M.J.
United States District Court Northern District of New York
James T. Foley Courthouse
445 Broadway Albany, New York 12207

**Re:    Tom v. Delancey Street Group LLC, et al., Case No.: 1:25-cv-00566-GTS-DJS**
**Request for Extension of Time to Respond to the Complaint**

Dear Judge Suddaby and Judge Stewart:

I am the attorney for MJA Holdings, Inc. ("MJA"), a defendant in the above captioned action. I write to the Court to request additional time for MJA to respond to the amended complaint. MJA's responsive pleading was due on August 8, 2025. I secured Plaintiff's counsel's consent to a brief adjournment on August 6th. However, before writing this letter I was first required to obtain admission in the Northern District of New York, which required me to first order and obtain a good standing certificate from the 1st Dept. Appellate Division, which took a few days.

As indicated above, counsel for Plaintiff has consented to an extension of time for MJA to submit a responsive pleading from August 8, 2025 through and including August 22, 2025. A signed proposed stipulation reflecting this agreed-to extension is attached. We respectfully request that the Court "So Order" the attached stipulation.

Respectfully submitted,

Stephen Nakamura