IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

DAVID TOM, on behalf of himself and others similarly situated,

                      Plaintiff,

-against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

                      Defendants.

-------------------------------------------------------X

Case No.: 1:25-cv-566 (GTS)(DJS)

**[PROPOSED] STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff, David Tom and defendant, MJA Holdings, Inc., that MJA Holdings, Inc.'s time to answer, move or otherwise respond to the Amended Complaint in the above-captioned action is hereby extended from August 8, 2025 to August 22, 2025.

    IT IS FURTHER STIPULATED AND AGREED that *.pdf or electronic signatures to this stipulation will be deemed originals for all purposes.

Dated: August 14, 2025

| | |
|---|---|
| PERRONG LAW LLC | MERLE, BROWN & NAKAMURA, P.C. |
| By: */s/ Andrew Roman Perrong* <br> Andrew Roman Perrong, Esq. <br> *Attorney for plaintiff* <br> 2657 Mount Carmel Avenue <br> Glenside, PA 19038 <br> Tel. 215-225-5529 <br> Email: a@perronglaw.com | By: _____ <br> Stephen Nakamura <br> *Attorney for defendant, MJA Holdings, Inc.* <br> 18 E. 41st Street, Suite 1906 <br> New York, NY 10017 <br> Tel. 212-471-2990, Ext. 105 <br> Email: s.nakamura@mbnpc.com |

SO ORDERED:

_____