**EXHIBIT D**

(/)

Home (/) | Search by State (/directory) | Login (/users/login)

Home (/) / Search by State (/directory) / Florida (/directory/fl) / MELBOURNE (/directory/fl/melbourne) / GOING QUIET COM

---

**This FFL is Expired**
There is an updated version of this license (/ffl/159009078g11611/tom-company-llc).

---

## ← (/directory/fl/melbourne)

# GOING QUIET COM

Verified

*Note: FFLs.com has provided you the following links to identify Federal Firearms License numbers both expired and current. This does not relieve you of the requirement to obtain a copy of the FFL from the licensee you are shipping a firearm to before you transfer the firearm. 27 CFR 478.94 Please be aware that you should retain the FFL copies provided and that these can be retained electronically.*

### Overview

GOING QUIET COM is licensed by Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). The Federal Firearms License (FFL) number is 1-59-009-07-5G-11611. The business address is MELBOURNE, FL 32901

### FFL Overview

**License Number:**
1-59-009-07-5G-11611

**License Name:**
TOM & COMPANY LLC

(/)

Home (/) | Search by State (/directory) | Login (/users/login)

**Address:**
MELBOURNE, FL 32901

**Mailing Address:**
MELBOURNE, FL 32901

## FFL Definition

**IRS Region:**
1

**District:**
59

**FIPS Code:**
009

**Type:**
07 - Manufacturer of Firearms Other Than Destructive Devices

**Expires:**
July 1, 2025

**Sequence Number:**
11611

*Sorry, we are currently unable to display this FFL on the map.*

## FFL Information

1-59-009-07-5G-11611

**City:** MELBOURNE

**State:** FL

(/)

Home (/) | Search by State (/directory) | Login (/users/login)

(/)

Copyright 2017-2025 FFLs.com
All Rights Reserved

**Partner**

Streamline Your Firearms Sales with our BigCommerce FFL Locator App (https://www.bigcommerce.com/apps/20north-ffl-checkout/)

**Sponsor**

Join thousands of FFLs who, since 2010, have trusted FastBound Electronic A&D and Electronic Form 4473 (https://www.fastbound.com/) with a guaranteed legal defense backed by attorneys.

Try FastBound Free For 14 Days! (https://www.fastbound.com/try/)

(/)

Home (/) | Search by State (/directory) | Login (/users/login)

Home (/) / Search by State (/directory) / Florida (/directory/fl) / MELBOURNE (/directory/fl/melbourne) / GOING QUIET COM

‹ (/directory/fl/melbourne)

# GOING QUIET COM

Claim this FFL (/claim/159009078g11611)

*Note: FFLs.com has provided you the following links to identify Federal Firearms License numbers both expired and current. This does not relieve you of the requirement to obtain a copy of the FFL from the licensee you are shipping a firearm to before you transfer the firearm. 27 CFR 478.94 Please be aware that you should retain the FFL copies provided and that these can be retained electronically.*

## Overview

GOING QUIET COM is licensed by Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). The Federal Firearms License (FFL) number is 1-59-009-07-8G-11611. The business address is MELBOURNE, FL 32901

## FFL Overview

**License Number:**
1-59-009-07-8G-11611

**License Name:**
TOM & COMPANY LLC

**Business Name:**
GOING QUIET COM

**Expires:**
July 1, 2028

**Address:**

(/)

Home (/)  Search by State (/directory)  Login (/users/login)

## FFL Definition

**IRS Region:**
1

**District:**
59

**FIPS Code:**
009

**Type:**
07 - Manufacturer of Firearms Other Than Destructive Devices

**Expires:**
July 1, 2028

**Sequence Number:**
11611

eZ Check ⧉ (/ffl/redirecttoezcheck/159009078g11611)

### What is eZ Check?

FFL eZ Check is a tool provided by the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) for easily checking whether or not an FFL license is valid and verifying the shipping information. This is vital for an FFL dealer or any person performing a firearm transfer of any kind.

Sorry, we are currently unable to display this FFL on the map.

## FFL Information

1-59-009-07-8G-11611

**City:** MELBOURNE

**State:** FL

(/)

Home (/) | Search by State (/directory) | Login (/users/login)

(/)

Copyright 2017-2025 FFLs.com
All Rights Reserved

**Partner**

Streamline Your Firearms Sales with our BigCommerce FFL Locator App (https://www.bigcommerce.com/apps/20north-ffl-checkout/)

**Sponsor**

Join thousands of FFLs who, since 2010, have trusted FastBound Electronic A&D and Electronic Form 4473 (https://www.fastbound.com/) with a guaranteed legal defense backed by attorneys.

Try FastBound Free For 14 Days! (https://www.fastbound.com/try/)