**EXHIBIT F**

The Wayback Machine - https://web.archive.org/web/20240904063642/https://www.goingquiet.com/



Going Quiet

Search 

## Get Started

Home
News
Contact Us
Retailer Login
Store Policies
Privacy Policy
Terms of Use

## Shopping

Handguns
Rifles
Shotguns
Shop by Manufacturers

## Contact

Use email for fastest service:

sales@goingquiet.com

Ph: (321) 917-0760
Fax: 877-249-4253



© Copyright 2024 Gearfire all rights reserved.