**EXHIBIT G**



Going Quiet | Contact Us

Search 

## Contact Us

For fastest service, contact us by email: sales@goingquiet.com

You can also use the Quick Request form below...

Your Name:

Email Address:

Phone Number:

Comment / Request:

Send Request

## Store Contact Info

Going Quiet
1101 W Hibiscus Blvd #103A
Melbourne, FL 32901

### Get Started

Home
News
Contact Us
Retailer Login
Store Policies
Privacy Policy
Terms of Use

### Shopping

Handguns
Rifles
Shotguns
Shop by Manufacturers

### Contact

Use email for fastest service:
sales@goingquiet.com

Ph:

© Copyright 2025 Gearfire all rights reserved.