IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAVID TOM, on behalf of himself and others
similarly situated,

                Case No.: 1:25-cv-00566-GTS-DJS

                Plaintiff,

    -against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

                Defendants.
-------------------------------------------------------X

## DECLARATION OF MARC ARNER

       I, MARC ARNER, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true:

       1.    I am the founder and president of MJA Holdings, Inc. ("MJA"), a defendant in the above captioned action.

       2.    I submit this declaration in support of MJA's motion to dismiss the first amended complaint or in the alternative, to transfer this action to the Eastern District of New York.

       3.    MJA is a corporation that was organized under the laws of the State of New York in 2004.

       4.    MJA conducts business at 20 Broadhollow Road, Melville, NY 11747.

       5.    MJA has never conducted business or had an office outside of Nassau County or Suffolk County New York.

       6.    MJA is an independent sales organization that provides sales and marketing services to various organizations, including co-defendant Delancey Street Group, LLC ("Delancey"), that provide debt restructuring services for businesses.

7. MJA began providing services for Delancey in January 2024.

8. MCA Justice is a brand name under which MJA previously conducted business for a limited period of time.

9. To the best of my knowledge, all of the text messages that are referred to in the first amended complaint were sent from either Suffolk or Nassau County New York.

10. The text messages were sent by John Guzzetti, a former independent contractor of MJA.

11. All of MJA's witnesses and documents are located in the Eastern District of New York.

12. MJA has limited resources; and having to defend this litigation at all, let alone in the Northern District of New York, places a severe financial burden on MJA.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 27th day of June 2025.

Dated: August 22, 2025
Huntington, NY

MARC ARNER

By: _____
Marc Arner