## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00566-GTS-DJS |
| *Plaintiff*, | **CLASS ACTION** |
| v. | **JURY TRIAL DEMANDED** |
| **DELANCEY STREET GROUP LLC** | |
| and | |
| **MJA HOLDINGS, INC.** d/b/a **MCA JUSTICE** | |
| *Defendant.* | |

## [PROPOSED ORDER DENYING]
## DEFENDANT DELANCEY STREET GROUP LLC'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Delancey Street Group LLC's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____
J.