An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** DELANCEY STREET GROUP LLC
**DOS ID:** 6740425
**FOREIGN LEGAL NAME:** DELANCEY STREET GROUP LLC
**FICTITIOUS NAME:**
**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** LIMITED LIABILITY COMPANY - 802 LIMITED LIABILITY COMPANY LAW - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 02/23/2023
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:**
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** ALBANY
**NEXT STATEMENT DUE DATE:** 02/28/2025
**JURISDICTION:**
**NFP CATEGORY:**

**ENTITY DISPLAY** | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** REPUBLIC REGISTERED AGENT SERVICES INC.
**Address:** 600 BROADWAY STE 200, ALBANY, NY, UNITED STATES, 12207

Electronic Service of Process on the Secretary of State as agent: Not Permitted

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

**Entity Details**

**ENTITY NAME:** MJA HOLDINGS, INC.
**DOS ID:** 2998183
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 01/09/2004
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/09/2004
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE DATE
**COUNTY:** SUFFOLK
**NEXT STATEMENT DUE DATE:** 01/31/2006
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**  NAME HISTORY  FILING HISTORY  MERGER HISTORY  ASSUMED NAME HISTORY

**Service of Process on the Secretary of State as Agent**

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE CORPORATION
**Address:** 13 EAST CARVER STREET, HUNTINGTON, NY, UNITED STATES, 11743

Electronic Service of Process on the Secretary of State as agent: Not Permitted

**Chief Executive Officer's Name and Address**

**Name:**
**Address:**

**Principal Executive Office Address**

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |
| NO PAR VALUE | 200 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices