

**2657 Mount Carmel Avenue
Glenside, PA 19038**

a@perronglaw.com  Tel. (215) 225-5529 (CALL-LAW)
www.perronglaw.com  Fax (888) 329-0305

September 10, 2025

*VIA ECF*
Hon. Glenn T. Suddaby, U.S.D.J.
Hon. Daniel J. Stewart, U.S.M.J.
United States District Court Northern District of New York
James T. Foley Courthouse
445 Broadway Albany, New York 12207

Re:  Tom v. Delancey Street Group LLC, et al., Case No.: 1:25-cv-00566-GTS-DJS
*Request for Extension of Time to Respond to Motion*

Dear Judge Suddaby and Judge Stewart:

I represent Plaintiff in the above-captioned matter. We write to respectfully request a 14 day extension within which to respond to Defendant MJA Holdings, Inc's motion to dismiss. Defendant MJA as consented to this relief, which would make the response due September 26, 2025. A signed proposed stipulation reflecting this agreed-to extension is attached. We respectfully request that the Court "So Order" the attached stipulation.

Respectfully Yours,

Andrew R. Perrong, Esq.