## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**DELANCEY STREET GROUP LLC**<br><br>**and**<br><br>**MJA HOLDINGS, INC.**<br>**d/b/a MCA JUSTICE**<br><br>*Defendant.* | Case No.<br>1:25-cv-00566-GTS-DJS<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff, David Tom and defendant, MJA Holdings, Inc., that David Tom's time to respond to MJA Holdings' Motion to Dismiss in the above-captioned action is hereby extended to September 26, 2025. IT IS FURTHER STIPULATED AND AGREED that *.pdf or electronic signatures to this stipulation will be deemed originals for all purposes.

Dated: September 10, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Stephen Nakamura*
Stephen Nakamura
Merle, Brown & Nakamura, P.C.
*Attorneys for defendant MJA Holdings, Inc.*
18 E. 41st Street, Suite 1906
New York, New York 10017
Tel. 212-471-2990
Email: s.nakamura@mbnpc.com

SO ORDERED:

_____ ,J.