IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>**DSG GROUP LLC**<br><br>and<br><br>**MJA HOLDINGS, INC.** d/b/a **MCA JUSTICE**,<br><br>*Defendants*. | Case No. 1:25-cv-00566 (GTS/DJS<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE THAT** the undersigned hereby enters her appearance as counsel in this action for Defendant Delancey Street Group, LLC.

Dated: New York, New York
September 25, 2025

**LONDON FISCHER LLP**

By: /s/ *Elyse S. Schindel*

Elyse S. Schindel, Esq.
*Attorneys for Defendant Delancey Street Group, LLC*
59 Maiden Lane
New York, NY 10038
Phone: (212) 972-1000
eschindel@londonfischer.com
File No.: 221.0567050
