IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>**DSG GROUP LLC**<br><br>**and**<br><br>**MJA HOLDINGS, INC.**<br>**d/b/a MCA JUSTICE**,<br><br>*Defendants*. | 1:25-cv-566 (GTS/DJS) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

To:  The Clerk and All Parties of Record

**PLEASE TAKE NOTICE THAT** the undersigned counsel, Thomas A. Leghorn, hereby withdraws as counsel of record for Defendant DELANCEY STREET GROUP, LLC, in the above captioned action. Defendant DELANCEY STREET GROUP, LLC remains represented by LONDON FISCHER LLP and counsel of record is Elyse S. Schindel [ECF Doc. No. 33]. This withdrawal relates solely to the undersigned counsel.

Dated:  New York, New York
        September 25, 2025

**LONDON FISCHER LLP**

By: /s/ *Thomas A. Leghorn*
    Thomas A. Leghorn, Esq.
    59 Maiden Lane
    New York, NY 10038
    Phone: (212) 972-1000
    tleghorn@londonfischer.com

2480719