IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> **DELANCEY STREET GROUP LLC** <br><br> and <br><br> **MJA HOLDINGS, INC.** d/b/a MCA JUSTICE <br><br> *Defendant.* | Case No. 1:25-cv-00566-GTS-DJS <br><br> **CLASS ACTION** <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED ORDER DENYING]**
**DEFENDANT MJA HOLDINGS, INC.'S MOTION TO DISMISS**

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant MJA Holdings, Inc's. Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

J.