# Merle, Brown & Nakamura, P.C.

Attorneys at Law

18 East 41st Street, Suite 1906
New York, New York 10017

PIERRE F.V. MERLE +
GEORGE R. BROWN V
STEPHEN H. NAKAMURA
SCOTT K. MCCLAIN ^

Telephone: (212) 471-2990
Telefax: (212) 471-2997

THEODORE P. NIKOLIS
OF COUNSEL

+ Retired
^ Also admitted in New Jersey and Pennsylvania

**VIA ECF**

September 29, 2025

Hon. Glenn T. Suddaby, U.S.D.J.
Hon. Daniel J. Stewart, U.S.M.J.
United States District Court Northern District of New York
James T. Foley Courthouse
445 Broadway Albany, New York 12207

**Re:     Tom v. Delancey Street Group LLC, et al., Case No.: 1:25-cv-00566-GTS-DJS**
**Request for Extension of Time to Respond to the Complaint**

Dear Judge Suddaby and Judge Stewart:

I am the attorney for MJA Holdings, Inc. ("MJA"), a defendant in the above captioned action. I write to the Court to request additional time for MJA to submit its reply in further support of MJA's motion to dismiss for failure to state a claim, improper venue, or alternatively to transfer venue ("MJA's Motion"). (ECF No. 28). Pursuant to the Court's September 11, 2025 Text Order granting Plaintiff's motion for an extension of time to respond to MJA's Motion, MJA's current deadline to submit its reply is October 3, 2025. (*See* ECF No. 32).

With this letter, I am respectfully requesting that MJA's time to submit a reply be extended from the current deadline of October 3, 2025, through and including October 10, 2025. The reason for this request is that I presently have a motion to dismiss due in an unrelated matter on October 6, 2025. I have communicated with Plaintiff's counsel who has consent to this request. A copy of a proposed stipulation reflecting this request is attached. We respectfully request that the Court "So Order" the attached stipulation.

Respectfully submitted,

Stephen Nakamura