UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAVID TOM, individually and on behalf of
all others similarly situated,

                    Plaintiff,

       -against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA
JUSTICE
-------------------------------------------------------X

Case No.: 1:25-cv-00566-GTS-DJS

**[PROPOSED] STIPULATION AND ORDER EXTENDING TIME TO SUBMIT REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff, David Tom and defendant, MJA Holdings, Inc., that MJA Holdings, Inc.'s time to submit its reply in further support of its motion to dismiss is hereby extended from October 3, 2025 to October 10, 2025.

IT IS FURTHER STIPULATED AND AGREED that *.pdf or electronic signatures to this stipulation will be deemed originals for all purposes.

Dated: September 29, 2025

| | |
|---|---|
| /s/ Andrew Roman Perrong | /s/ Stephen Nakamura |
| Andrew Roman Perrong, Esq. | Stephen Nakamura |
| Perrong Law LLC | Merle, Brown & Nakamura, P.C. |
| 2657 Mount Carmel Avenue | *Attorneys for defendant MJA Holdings, Inc.* |
| Glenside, Pennsylvania 19038 | 18 E. 41st Street, Suite 1906 |
| Phone: 215-225-5529 (CALL-LAW) | New York, New York 10017 |
| Facsimile: 888-329-0305 | Tel. 212-471-2990 |
| a@perronglaw.com | Email: s.nakamura@mbnpc.com |

SO ORDERED:

_____