IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DAVID TOM, on behalf of himself and others
similarly situated,                                                      Case No.: 1:25-cv-00566-GTS-DJS

                                      Plaintiff,

              -against-

DELANCEY STREET GROUP LLC and
MJA HOLDINGS, INC. d/b/a MCA JUSTICE,

                                      Defendants.
--------------------------------------------------------X

**DECLARATION OF STEPHEN NAKAMURA**
**IN FURTHER SUPPORT OF**
**DEFENDANT MJA HOLDINGS, INC.'S MOTION TO DISMISS**

         STEPHEN NAKAMURA, hereby declares that the following is true under penalties of

perjury:

         1.         I am a member of the law firm of Merle, Brown & Nakamura, P.C., the attorneys

for MJA Holdings, Inc. ("MJA"), a defendant in the above captioned action.

         2.         I submit this declaration in further support of MJA's motion to dismiss the First

Amended Complaint of plaintiff, David Tom ("Tom" or "Plaintiff"), or in the alternative to have

this action transferred to the United States District Court for the Eastern District of New York.

         3.         Attached to this declaration are true and correct copies of the following documents

being submitted in further support of MJA's motion to dismiss:

         a.         **Exhibit A**: A copy of the August 29, 2025 Declaration of David Tom, that

was previously submitted by Plaintiff in opposition to co-defendant Delancey Street Group LLC's

motion to dismiss. [*See* ECF Doc. No. 29-2]

b.      **Exhibit B**:  A copy of a *.pdf printout of the home page for the website https://www.glocktalk.com/ ("Glock Talk").  On this page, Glock Talk holds itself out as "A forum community dedicated to Glock firearm owners and enthusiasts. Come join the discussion about optics, gunsmithing, styles, reviews, troubleshooting, accessories, classifieds, and more!"

c.      **Exhibit C**:  A copy of a *.pdf printout of a thread that appears on Glock Talk entitled, "Gen 3 19 OD", and which can be found at https://www.glocktalk.com/threads/gen-3-19-od.1990918/?post_id=32349688&nested_view=1&sortby=oldest#post-32349688.

d.      **Exhibit D**:  A copy of a *.pdf printout of a post within the Gen 3 19 OD thread dated November 16, 2023, which contains a link that reads: "For Sale: Glock 19 Gen 3 Factory Od Green $575 near Melbourne, Space Coast, FL : 14365241"; and a reference to the website www.armslist.com.

e.      **Exhibit E**:  A copy of a *.pdf printout of the armslist.com webpage to which the user is redirected when clicking on the link referenced in Exhibit D, (specifically, https://www.armslist.com/posts/14365241/space-coast-florida-handguns-for-sale--glock-19-gen-3-factory-od-green--575) which appears to be is a listing by Plaintiff's entity, the gun dealer, Going Quiet, for the sale of a Glock 19 Gen 3 Factory OD for $575.

f.      **Exhibit F**: A copy of a *.pdf printout of the picture that appears in the sales listing, in which a Going Quiet business card, bearing with name "David Tom" and the phone number 321-917-0760, (the number at issue in this litigation) appears next to the firearm that is listed for sale.

g.      **Exhibit G**:  A copy of *.pdf printout of archived webpages from the Wayback Machine for Plaintiff's gun dealer website www.goingquiet.com from July 2011 through

November 2024, in which the telephone number 321-917-0760 is listed as Going Quiet's contact number.

h.    **Exhibit H**: A copy pf a *.pdf printout of an archived webpage, from March 19, 2025, from the Wayback Machine for the website www.armslist.com which contains Going Quiet sales listings for multiple firearms.  On this archived page, from March 19, 2025, there appears images of 5 different firearms sitting next to a business card.  A 6th image also appears to contain a business card, but the writing appears illegible.  At the bottom of each of the *.pdf pages in the archived webpage the date is indicated numerically by year, followed by the month, followed by the day. (i.e., 20250319)

i.    **Exhibit I**: A copy of a *.pdf printout showing each of the five (5) firearm/business card images from the March 19, 2025 Wayback Machine armslist.com archived page, enlarged so that the text of the business card is visible.   Each business card bears the name "David Tom" along with the phone number 321-917-0760, (the number at issue in this litigation) and the email david@goingquiet.com.  The archived page date also appears towards the upper right-hand corner of each enlarged photo.

4.    For the foregoing reasons, and for the reasons set forth in the attached exhibits and accompanying memorandum of law in further support of MJA's motion to dismiss, I respectfully request that the Court grant MJA's motion to dismiss with prejudice, and without leave to replead; or alternatively, if MJA's motion to dismiss is denied, that the Court transfer this matter to the Eastern District of New York, where MJA resides.

Dated: October 10, 2025
    New York, New York                        Respectfully submitted,


                                    By:    _____
                                        Stephen Nakamura

3

MERLE, BROWN & NAKAMURA, P.C.
*Attorneys for defendant MJA Holdings, Inc.*
18 E. 41st Street, Suite 1906
New York, NY 10017
Tel. 212-471-2990, Ext. 105
Email: s.nakamura@mbnpc.com