## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID TOM,** individually and on behalf of all others similarly situated, | Case No. 1:25-cv-00566-GTS-DJS |
| *Plaintiff,* | **CLASS ACTION** |
| *v.* | **JURY TRIAL DEMANDED** |
| **DELANCEY STREET GROUP LLC** | |
| **and** | |
| **MJA HOLDINGS, INC.** **d/b/a MCA JUSTICE** | |
| *Defendant.* | |

## <u>DECLARATION OF DAVID TOM</u>

1.      My name is David Tom. I am over 18 years old. I can testify competently to the undersigned statements.

2.      My telephone number 321-XXX-XXXX is on the National Do-Not-Call Registry.

3.      I am the user of 321-XXX-XXXX.

4.      The 321-XXX-XXXX number is registered in my personal name and I am the subscriber of record.

5.      This is a cellular telephone number assigned to a telephone exchange service for consumers, not a telephone exchange service for businesses.

6.      I pay the bill out of my personal accounts, and not out of any business bank account.

7.      This number has been registered on the National Do Not Call Registry since June of 2003.

8.      I own a firearms business, Tom & Company, doing business as Going Quiet, which is a Type 7 Federal Firearms Licensee and Class 2 Special Occupational Taxpayer.

9.      Contrary to Defendant's incorrect information in outlines in its motion, Going Quiet is *not* a dealer in firearms. Rather, it is a manufacturer of firearms, other than destructive devices.

10.     I do not hold this 321- number out to the public as a business line. To the contrary, Going Quiet's business telephone numbers are 855-486-4867 and 877-207-3813, and I publicly advertise the same as the numbers for Going Quiet.

11.     I do not use the 321- number in the regular course of trade or for the principal objective of livelihood or profit. *See* 18 U.S.C. § 922(a)(1)(A).

12.     The ATF requires licensees to maintain an emergency telephone number for use by federal agents in conducting firearm traces or other urgent compliance matters. My 321- number serves that limited purpose and nothing more.

13.     Years ago, I stopped using 321- number as a business number. The only reason I maintain this number today is because it is listed on my ATF Federal Firearms License application forms as a "Telephone Number (Personal Contact # with Area Code)," as required by the ATF. It was not intentionally advertised on my website, nor is it held out to customers or the public as my business number. A reproduction of the referenced form is highlighted and below:

| 1. License or Applicant Name *(From block 2 of Part A)* | | 2. Federal Firearms License Number *(If being added to an existing FFL)* | |
|---|---|---|---|
| 3. Name of Responsible Person *(Last, First, Middle)* | 4. Aliases *(Include given, married, maiden names)* | 5. Position/Title | |
| 6. Social Security Number | 7. Date of Birth *(MM/DD/YYYY)* | 8. Place of Birth *(City & State OR foreign country)* | |
| 9. Current Residence Address | | 10. Telephone Number *(Personal Contact # with Area Code)* | |
| | | 11. E-mail Address | |

14.    The ATF requires licensees to maintain emergency personal and cellular telephone numbers for use by federal agents in conducting firearm traces or other urgent compliance matters. My 321- number serves that limited purpose in connection with Going Quiet and nothing more.

15.    Among other reasons, such direct telephone numbers are required by ATF to assist in firearms trace requests. The ATF's National Tracing Center plays a vital public protection role by tracing firearms recovered in crimes back to their original point of sale.

16.     Because there is no national firearms registry or centralized database of firearm transactions, the only way to conduct a trace is to contact the original dealer directly and have them pull the relevant Form 4473 records by hand. To ensure this can be done quickly in the interest of public safety, the ATF requires licensees to maintain direct personal and cellular telephone numbers where they can be reached under exigent circumstances to assist with trace requests.

17.    In addition, ATF's Criminal Enforcement division also at times needs to speak urgently with licensees regarding active investigations and other exigent circumstances, and such personal contact telephone number is used in assisting them with their official duties.

18.     My 321- number fulfills these functions. It is not held out to the public as a business line but is reserved solely for ATF's use in connection with its tracing and other emergency and exigent responsibilities.

19.    As public records, however, my FFL and SOT applications and renewals sometimes are erroneously classified or included in third-party databases, and include such private, personal numbers, including by the listing as a "required business contact " when in reality the number is a required personal contact number by ATF.

20.     The only commercial numbers I hold out for Going Quiet are my toll-free 800 numbers. Customers and the public are directed to contact me those numbers, not the 321- number.

21.     I did not consent to receive telemarketing text messages at my 321- number. The messages I received from Defendants were intrusive, unwanted, and disruptive. They invaded my privacy, disturbed my solitude, and consumed my personal cell phone's bandwidth, power, and storage.

22.     I do not and have never welcomed nor invited illegal calls or text messages. My placement of the number on the National Do Not Call Registry in 2003, before I even started Going Quiet, underscores the lack of consent and my personal use of the number.

23.     To the extent that the 321- number appears on my business website or in Google search results, that is an error. My website is administered by a third-party e-commerce platform, GearFire, which at one point repopulated my old number without my consent, possibly as part of a website update. I had removed the number years ago, but it was later re-added in error, and I had to call back to have it corrected.

24.     The same is true of my Google Maps listing, which at one point erroneously displayed the 321- number, despite my prior removal. That was not intentional on my part, and I took steps to correct the listing to reflect my actual business number.

25.     The argument that the 321- number is "business" because it appears in those listings is therefore misleading. Its current and intended use, as reflected through the redacted excerpts of my FFL application, is strictly limited to regulatory compliance with the ATF. It is not used to solicit customers, generate business, or conduct commerce, nor is it used in the

course of trade or for the principal objective of livelihood or profit, as outlined in 18 U.S.C. § 922(a)(1)(A).

26.     Thus, at all times pertinent, the 321- number was a noncommercial number.

27.     I was harmed by Defendants' unsolicited messages. I was deprived of my quiet use of my phone, subjected to nuisance and annoyance, and my statutory rights under the TCPA were violated.

28.     I brought this action as a class case because I know there are likely thousands of consumers who, like me, received illegal messages from Defendants without their consent.

29.     I did not bring this case for personal motives or financial gain, but as a bulwark for the rights of consumers against illegal telemarketing practices.


**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**


       **Executed this 29th day of August 2025, in the United States of America,**




       **David Tom**