# GLOCK 19 GEN 3 FACTORY OD GREEN $575 FROM GOINGQUIET NEAR MELBOURNE, SPACE COAST, FL

## $ 575

Listed In: **Handguns**    Add To Favorites

Share:





✪ Premium Vendor Details

**QUIET** **Goingquiet**
Registered on 7/3/2012

Armslist Store    Vendor Reviews

Email    **sales@goingquiet.com**

☎ Phone    **8554864867**

🌐 Website    **Goingquiet Website**

📍 Location    **MELBOURNE, Space Coast, Florida**

🚚 Shipping    **No**

## Product Description

Brand new Glock 19 Gen 3 in factory OD green. These are factory made guns, they are not coated aftermarket - brand new with 2 mags. I used to sell these guns for $900 each after they were discontinued. Get them while they are back around!

$575 cash/CWL picked up. Sold as pictured.

Shipping available if you are not local.

Will trade up or down as long as I can make money.

I sell the following:

Glock

Sig

HK

Colt

S&W

Gemtech

Advanced Armament

Silencerco

Dead Air

Aimpoint

Eotech

US Optics

Les Baer

Springfield

| TRANSFERS | Ask |
|---|---|
| SHOOTING RANGE | No |
| CATEGORY | **Handguns** |
| MANUFACTURER | **Glock** |
| CALIBER | **9mm Luger (9x19)** |
| ACTION | **Striker Fire** |
| FIREARM TYPE | **Pistol** |



Kahr

Trijicon

If you want it, I can sell it to you - email me at REDACTED for a quote! Please do not send messages on this platform, they are very difficult to login to and respond for me. www.goingquiet.com





Listed On: Tuesday, March 25, 2025                                    post id: 14365241