The Wayback Machine - https://web.archive.org/web/20110301012316/http://goingquiet.com/



Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
- Return Policy
- FAQ
- Shopping Cart
  - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns

- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings

**Brands represented:**

- **Silencerco – Stocking Distributor**
- **Sig Sauer – Stocking Dealer**
- **Gemtech – Stocking Dealer**
- **Rock River Arms – Stocking Dealer**
- **Smith & Wesson**
- **Glock**

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email sales@goingquiet.com if you have any questions.

Comments are closed.

- # Shop

  - Products
  - Return Policy
  - Home
  - FAQ
  - Shopping Cart
  - Contact

**Business Phone: (321) 917-0760 |** sales@goingquiet.com
© Copyright 2011 GoingQuiet.com | e-Commerce site for GoingQuiet.com

The Wayback Machine - https://web.archive.org/web/20121223090835/http://goingquiet:80/

**GUING**

Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- **Shop**
  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [sales@goingquiet.com](mailto:sales@goingquiet.com)

© Copyright 2012 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20131024090654/http://goingquiet.com/

Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

**Business Phone: (321) 917-0760** | **[sales@goingquiet.com](mailto:sales@goingquiet.com)**
© Copyright 2013 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20141020011508/http://goingquiet:80/

GOING

Search ☐

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [sales@goingquiet.com](mailto:sales@goingquiet.com)

© Copyright 2014 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20150801144003/http://goingquiet.com/

**GOING**

Search [ ]

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [**sales@goingquiet.com**](mailto:sales@goingquiet.com)

© Copyright 2015 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20160514113358/http://goingquiet:80/

GUING

Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- - Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

[Home](#) | [Products](#) | [Return Policy](#) | [Shopping Cart](#) | [Contact](#)

**Business Phone: (321) 917-0760** | [sales@goingquiet.com](mailto:sales@goingquiet.com)
© Copyright 2016 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20170622232449/http://goingquiet.com/

GUING

Search [        ] [ ]

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- ◦ Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings













   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

**Business Phone: (321) 917-0760** | [sales@goingquiet.com](mailto:sales@goingquiet.com)

© Copyright 2017 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20181031054849/http://goingquiet.com:80/

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings













   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](#)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- ## Shop

  - [Products](#)
  - [Return Policy](#)
  - [Home](#)
  - [FAQ](#)
  - [Shopping Cart](#)
  - [Contact](#)

**Business Phone: (321) 917-0760** | [sales@goingquiet.com](mailto:sales@goingquiet.com)

© Copyright 2018 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](#)

The Wayback Machine - https://web.archive.org/web/20190118225750/https://www.goingquiet.com/

GOING

Search

- Home
- Products
  - Glock Safe Action Pistols
    - Glock 17
    - Glock 21
    - Glock 23
    - Glock 26
    - Glock 27
    - Glock 36
    - Glock 19
    - Glock 22
  - Silencerco – Pistol Suppressors
    - Osprey 40
    - Osprey 45
    - Osprey 9
    - Sparrow 22
  - GEMTECH
    - G5
    - G5-22
    - HALO
    - HVT
    - Outback 2D
  - Advanced Armament
    - 762-SDN-6
    - Element 2
    - M4-2000
    - SR5
    - SR7
- Return Policy
- FAQ
- Shopping Cart

- Checkout
- Contact

# Home

**GoingQuiet.com** is a full service firearm dealer, specializing in NFA sales and transfers as well as wholesale diamonds and mountings.

**We currently offer:**

- Firearm Sales, Trades and Consignments / Repairs and Custom Work Available
- Silencers, Machineguns, Short Barrel Rifles & Shotguns
- Firearm Transfers and Shipping
- Firearm Appraisals for Estates and Insurance Binding
- Wholesale Diamonds and Mountings



   

   

   

**Don't See What You're Looking For?** For more information on all products offered by Going Quiet, or for a quote, [Contact Us](Contact Us)

## Brands represented:

Silencerco – Stocking Distributor, Sig Sauer – Stocking Dealer, Gemtech – Stocking Dealer, Rock River Arms – Stocking Dealer, Advanced Armament, Smith & Wesson, Glock, Barrett, LWRC International, Wilson Combat, Lancer Systems, Stag Arms

## Business Hours

The majority of GoingQuiet.com sales are internet based so all retail sales are BY APPOINTMENT ONLY. For fastest response please email [sales@goingquiet.com](mailto:sales@goingquiet.com) if you have any questions.

- # Shop

  - [Products](Products)
  - [Return Policy](Return Policy)
  - [Home](Home)
  - [FAQ](FAQ)
  - [Shopping Cart](Shopping Cart)
  - [Contact](Contact)

[Home](Home) | [Products](Products) | [Return Policy](Return Policy) | [Shopping Cart](Shopping Cart) | [Contact](Contact)

**Business Phone: (321) 917-0760** | [**sales@goingquiet.com**](mailto:sales@goingquiet.com)
© Copyright 2019 GoingQuiet.com | e-Commerce site for [GoingQuiet.com](GoingQuiet.com)

The Wayback Machine - https://web.archive.org/web/20220129033752/https://www.goingquiet.com/



(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/)

🛒 Checkout  *Empty*



(https://web.archive.org/web/20220129033752/https://www.facebook.com/GoingQuiet)

Search 🔍



(/web/20220129033752/https://www.goingquiet.com/glock?ad-link=613)

### Get Started

Home (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/)
News (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/content.php?page=news)
Contact Us (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/contact-us/)
Retailer Login (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/login.php)
Store Policies (https://web.archive.org/web/20220129033752/https://www.goingquiet.com/content.php?page=policies)

### Shopping

Handguns
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=handgun)

Rifles
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=rifles)

Shotguns
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/catalog.php?
search_for=shotguns)

Shop by Manufacturers
(https://web.archive.org/web/20220129033752/https://www.goingquiet.com/manufacturers

## Contact

Use email for fastest service:
sales@goingquiet.com (https://web.archive.org/web/20220129033752/mailto:/)

**P** *h:* (321) 917-0760
**Fax:** 877-249-4253

(https://web.archive.org/web/20220129033752/https://www.facebook.com/GoingQuiet)

© Copyright 2022 Gearfire all rights reserved.

The Wayback Machine - https://web.archive.org/web/20241121035723/https://www.goingquiet.com/



Search





Get Started

Home
News
Contact Us
Retailer Login
Store Policies
Privacy Policy
Terms of Use

Shopping

Handguns
Rifles
Shotguns
Shop by Manufacturers

Contact

Use email for fastest service:

sales@goingquiet.com

Ph:



© Copyright 2024 Gearfire all rights reserved.