

*GO PREMIUM*

☐  LOGIN    🛒 $0.00  (0)



Member Since: 2012
Active Posts: 64

Transfers: Ask

View Vendor Reviews

✉ **sales@goingquiet.com**
1101 W HIBISCUS BLVD STE 103A MELBOURNE, FL 32901

## Category

☐ **Handguns (46)**

☐ **NFA Items (6)**

☐ **Ammo (5)**

☐ **Rifles (5)**

☐ **Optics (1)**

☐ **Gun Parts (1)**

Active Posts



**Premium Vendor : Goingquiet - Will Ship**
HK SP5
$ 3,000
For Sale
☐Space Coast
2 hours ago



**Premium Vendor : Goingquiet - Will Ship**
Brand new HK Mark 23 45ACP
$ 2,500
For Sale
☐Space Coast
1 day ago



**Premium Vendor : Goingquiet**
Brand NEw FN 502 22LR FDE
$ 550
For Sale
☐Space Coast
1 day ago

**Premium Vendor : Goingquiet - Will Ship**
NIB Glock 28 380ACP
$ 500
For Sale



☐Space Coast

1 day ago



**Premium Vendor : Goingquiet - Will Ship**
Glock 34 Gen 5 MOS

$ 350

For Sale

☐Space Coast

1 day ago



**Premium Vendor : Goingquiet - Will Ship**
Glock 19X

$ 300

For Sale

☐Space Coast

1 day ago



**Premium Vendor : Goingquiet - Will Ship**
HK VP9's

$ 575

For Sale

☐Space Coast

1 day ago

**Premium Vendor : Goingquiet - Will Ship**
Glock 43 9mm Like New In box



$ 200

For Sale

☐Space Coast

1 day ago



**Premium Vendor : Goingquiet - Will Ship**
Ruger RXM 9MM

$ 525

For Sale

☐Space Coast

1 day ago



**Premium Vendor : Goingquiet - Will Ship**
Les Baer Premier 2

$ 2,500

For Sale

☐Space Coast

3 days ago

## FIREARMS DEALS!

Get the best deals on guns, ammo, optics, and more!
Enter your email, click "SIGN UP", and we'll send them straight to your inbox!

## SIGN UP

### LISTINGS

Create a New Listing

Edit or Remove a Listing

### ABOUT & HELP

FAQs

Contact Armslist

Privacy Policy

Terms of Use

### MORE ARMSLIST LINKS

Armslist Blog

Armslist Giveaways

Armslist Contests

Armslist Legal Defense Fund

Advertising with Armslist

### PARTNER SITES

Torquelist Vehicle Trader

Donate to SAF today!



Always comply with local, state, federal, and international law. ARMSLIST is NEVER involved in transactions between parties. Review our privacy policy and terms of use for more information. Report Illegal Firearms Activity to 1-800-ATF-GUNS.

Copyright © 2025 Armslist, LLC | | Version: 15.0.2